SUHWARTZ v. KLAR et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Tobias Schwartz against Samuel Klar and others. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed.

SEAMAN et al., Respondents, v. McLAURY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Emma Seaman and others against Edward R. McLaury, as executor, etc., and others. No opinion. Order reversed, without costs, and the matter made a part of the record and considered, pursuant to the stipulation to that effect. See, also, 119 N. Y. Supp. 1144.

SEIDENTOP, Appellant, v. ROCKOFF, Respondent. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Louisa Seidentop against August Rockoff. J. P. Lamerdin, for appellant. J. A. Cantor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SEVERY, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Louis W. Severy against Herman H. Sanders. No opinion. Motion to dismiss appeal granted, with costs.

SHANNAHAN, Appellant, v. EMPIRE ENGINEERING CORP., Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Edward J. Shannahan, as administrator, etc., of Morris C. Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Motion granted. See, also, 125 N. Y. Supp. 1144.

SHELTER, Respondent, v. LIMA, HONEOYE ELECTRIC LIGHT & R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Elmer T. Shelter against the Lima, Honeoye Electric Light & Railroad Company, impleaded with others. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the negligence of the defendant was not established.

SHOTLAND v. MULLIGAN. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Paul Shotland against Delia Mulligan. No opinion. Application denied, with $10 costs. Order signed. See, also, 121 N. Y. Supp. 613.

SIEGEL et al. v. HILLMAN. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Ferdinand Siegel and others against Benjamin Hillman. No opinion. Motion to dismiss appeal granted. Order filed.

SILVER v. HOCHBERG et al. (Supreme Court, Appellate Division. Second Department. December 30, 1910.) Action by Samuel Silver against Morris Hochberg and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. November 16, 1910). In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the towns of Gardiner, etc., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York; Daniel B. Deyo, claimant, appellant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., under chapter 724 of the Laws of 1905, etc., in the towns of Gardiner, etc., Ulster county, for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York; Daniel B. Deyo, claimant, appellant. No opinion. Motion denied. See, also, supra.

SONTHEIMER EMBROIDERY MFG. CO. v. MAIER. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Appeal from Trial Term, New York County. Action by the Sontheimer Embroidery Manufacturing Company against Bertha Maier. Judgment for plaintiff. Defendant appeals. Affirmed. Benjamin Reass, for appellant. Louis Zinke, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J. I dissent on the exception to the charge with respect to the inference to be drawn by the jury on account of the failure of the defendant to produce or issue a commission to take the testimony of Russ, her former attorney.

SORACE, Respondent, v. HATFIELD, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Marie Sorace, as administratrix, against Joshua Hatfield. F. V. Johnson, for appellant. G. V. S. Williams for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SPENCER. (Supreme Court, Appellate Division, First Department. December 16, 1910.) In the matter of Jane Spencer, deceased. No opinion. Decree affirmed, with costs. Order filed.

SPENCER, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division. Second Department. December 30, 1910.) Action by William Spencer, an infant, by Mary Spencer, his guardian ad

litem, against the Nassau Electric Railroad Company. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

SPRAKER v. PLATT et al. (Supreme Court, Appellate Division, Third Department. January 12, 1911.) Action by Benjamin F. Spraker against Thomas C. Platt and others. No opinion. Upon stipulation, ordered that the action proceed before Justice Henry T. Kellogg.

In re STECKLER. (Supreme Court, Appellate Division, First Department. January 20, 1911.) In the matter of Louis Steckler, an attorney. No opinion. Reference ordered before official referee. Settle order on notice.

STEENMAN et al., Respondents, v. EAGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by William B. Steenman and others against Sylvester B. Eagan. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

STEENMAN et al., Respondents, v. EAGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William M. Steenman and others against Sylvester B. Eagan. No opinion. Motion for leave to appeal to court of Appeals denied, with $10 costs.

In re STEINWAY PARK REALTY CO. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the application of the Steinway Park Realty Company for a peremptory writ of mandamus, etc., for opening Ditmars avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Matter of Application of Jackson Steinway Co., for opening Fourteenth Avenue (decided herewith) 126 N. Y. Supp. 1132.

STOKES, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Eugene E. Stokes against the Barber Asphalt Paving Company. F. W. Catlin, for appellant. A. C. Train, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed. See, also, 134 App. Div. 363, 119 N. Y. Supp. 37.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

STRAPP v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Peter Strapp, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of contributory negligence and of defendant's negligence were questions of fact for the jury.

McLENNAN, P. J., dissents, upon the ground that as matter of law the deceased was not shown free from contributory negligence, and that defendant was not shown guilty of actionable negligence.

STRAUS, Respondent, v. WEINSTOCK, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Philip Straus, as trustee, against Leon C. Weinstock. S. I. Frankenstein, for appellant. W. L. Stout, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STREET, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Irving W. Street against Eugene Van Schaick. No opinion. Order affirmed, with $10 costs and disbursements.

In re TAVSHANJIAN (two cases.) (Supreme Court, Appellate Division, First Department. December 23, 1910.) In the matter of Arax H. Tavshanjian as general guardian, etc. No opinion. Motion to dismiss appeal granted. Order filed.

TAYLOR et al., Respondents, v. GUINAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Winfield S. Taylor and another against Bernard F. Guinan. No opinion. Judgment and order affirmed, with costs on the opinion of Mr. Justice Putnam at Trial Term. 67, Misc. Rep. 262, 124 N. Y. Supp. 408. See, also, infra.

TAYLOR et al., Respondents, v. GUINAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Winfield S. Taylor and another against Bernard F. Guinan. No opinion. Motion for leave to appeal to the Court of Appeals denied, on the ground that such leave is not necessary. See, also, supra.

TAYLOR, Respondent, v. JENKINS MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Hinman S. Taylor against the Jenkins Motor Car Company. No opinion. Judgment affirmed, with costs.

TEDFORD, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by James A. Tedford against Thomas P. Taylor and another. O. S. Seymour, for appellants. J. L. Lockwood, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.